
FILED
CHARLOTTE, NC

OCT 0 1 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 10106 WOODY RIDGE ROAD, CHARLOTTE, NC 28273 <br><br> AND <br><br> IN THE MATTER OF THE SEARCH OF 2842 WHALEYS COURT, CHARLOTTE, NC 28273 | **UNDER SEAL** <br><br> Docket No. 3:07-cr-201 <br><br> **ORDER SEALING SEARCH WARRANTS' AFFIDAVITS, ATTACHMENTS AND OTHER DOCUMENTS** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavits and Attachment C for two search warrants in this matter, as well the government's Motion, and this Order be sealed, because they make reference to wire interceptions pursuant to 18 U.S.C. 2518,

**IT IS HEREBY ORDERED** that the referenced documents be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 28th day of September 2007.

ThE HONORABLE DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE