UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 10106 WOODY RIDGE ROAD, CHARLOTTE, NC 28273<br><br>AND<br><br>IN THE MATTER OF THE SEARCH OF 2842 WHALEYS COURT, CHARLOTTE, NC 28273 | Docket No. 3:07-mj-201<br><br>ORDER UNSEALING SEARCH WARRANT DOCUMENTS |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an Order directing that the Affidavits and Attachment C for two search warrants in this matter, which were previously sealed by the Court, be unsealed,

**IT IS HEREBY ORDERED** that the referenced documents be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 22nd day of October 2007.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE